# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

JOHN T. WHITESELL,

                    Plaintiff,

    v.

ANTHONY DAVIS, *et al.*,

                 Defendants.

Case No. 3:26-CV-00525-ART-CLB

**ORDER TRANSFERRING CASE TO UNOFFICIAL SOUTHERN DIVISION**

Plaintiff John Whitesell ("Whitesell") sues two Nye County Sheriff's Deputies, a Nye County prosecutor, and the Justice of the Peace who presided over his case. (ECF No. 1-1.) All of the events alleged in Whitesell's complaint occurred in Nye County, NV. (*Id.*) This district has two unofficial divisions: the unofficial southern division, which presides over cases arising in Clark, Esmeralda, Lincoln, and Nye counties; and the unofficial northern division, which presides over cases from the remaining counties. LR IA 1-6. Under Local Rule IA 1-8(a), civil actions "must be filed in the clerk's office for the unofficial division of the court in which the action allegedly arose." As this action arose in the unofficial southern division's jurisdiction, the Clerk of Court is directed to **TRANSFER** and **REOPEN** this matter as a new action under a new docket number in the unofficial southern division and close this docket number without prejudice to Whitesell regarding any limitation period and filing fee.

**IT IS SO ORDERED**.

**DATED**: _July 10, 2026_____.

_____
**UNITED STATES MAGISTRATE JUDGE**